### Woman's Temperance Building Association v. Mutual Reserve Contract Company.

### Mutual Reserve Contract Company, for use, etc., Appellee, v. Willis J. Wells, Appellant.

### Gen. No. 15,996.

This case is controlled by the decision in Mutual Reserve Contract Company v. Willard, *ante,* p. 370.

Attachment. Appeal from the Circuit Court of Cook county; the Hon. RICHARD W. CLIFFORD, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1909. Affirmed. Opinion filed April 18, 1911. Rehearing denied May 2, 1911.

CHARLES R. WHITMAN, for appellant; GOODRICH, VINCENT & BRADLEY, of counsel.

EDWIN TERWILLIGER, JR., for appellee; PRINGLE, NORTHUP & TERWILLIGER, of counsel.

MR. JUSTICE CLARK delivered the opinion of the court.

This case was taken on the same briefs and abstracts as No. 15995, in the appeal of Lemuel C. Willard and others, as executors, etc. (*ante*, p. 370), and for the reasons set forth in the opinion filed this day in that case, the judgment should be affirmed.

*Affirmed.*